COMPANY ET AL. Appeal from the Circuit Court of the United States for the Southern District of New York. January 15, 1904. Dismissed with costs, pursuant to the tenth rule. *Mr. Frank E. Smith* for the appellant. No appearance for appellees.

---

Nos. 555 and 556. ADOLPH OTTINGER, PLAINTIFF IN ERROR, *v.* PEOPLE OF THE STATE OF CALIFORNIA. January 18, 1904. Docketed and dismissed with costs, on motion of *Mr. William A. Maury* for the defendants in error. No one opposing.

---

No. 144. UNION FIRE INSURANCE COMPANY OF LINCOLN, NEB., PLAINTIFF IN ERROR, *v.* ELIZA McCULLOUGH. In error to the Supreme Court of the State of Nebraska. January 19, 1904. Dismissed with costs, pursuant to the tenth rule. *Mr. Andrew E. Harvey* for plaintiff in error. No appearance for defendant in error.

---

No. 164. LOGANSPORT RAILWAY COMPANY, APPELLANT, *v.* CITY OF LOGANSPORT ET AL. Appeal from the Circuit Court of the United States for the District of Indiana. February 1, 1904. Dismissed with costs, on authority of counsel for appellant. *Mr. W. H. H. Miller* for appellant. *Mr. John G. Williams* for appellees.

---

## *Decisions on Petitions for Writs of Certiorari.*

From January 4, 1904, to February 1, 1904.

No. 511. BOSTON DRY GOODS COMPANY, PETITIONER, *v.* JEREMIAH SMITH, JR., ET AL. January 4, 1904. Petition for a writ of certiorari to the United States Circuit Court of Ap-

peals for the First Circuit denied. *Mr. Frank H. Stewart* for petitioner. *Mr. Arthur Dehon Hill* for respondents.

---

